IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-cv-302-TMH |
| ) | [wo] |
| MR. ELLIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On February 18, 2014, the Magistrate Judge filed a Recommendation in this case that this case be dismissed without prejudice for Plaintiff's failure to prosecute. (Doc. 19). No timely objection has been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case is DISMISSED without prejudice.

DONE this 2nd day of April, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE